# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>WILLIAM MICKEL<br>*Defendant* | MAGISTRATE JUDGE: __WALDOR__<br><br>CASE NO.: __23-355__<br><br>DATE OF PROCEEDINGS: __5/4/23__<br><br>DATE OF ARREST: __5/4/23__ |

**PROCEEDINGS:** Initial & Arraignment

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: [ ] AFPD    [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [x] PLEA ENTERED: [ ] GUILTY [x] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: ____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [x] BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED ____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: ____

DATE: ____
DATE: ____
DATE: ____
DATE: ____
DATE: ____

**APPEARANCES:**

AUSA: Fatimo Cano

DEFT. COUNSEL: David Nufrio (Retained)

PROBATION: ____

INTERPRETER ____
Language: ____

TIME COMMENCED: 4:25pm
TIME TERMINATED: 4:46pm
CD NO: ECR

TIM GORMAN
DEPUTY CLERK