## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | : | Crim. No. 23-cr- |
| WILLIAM MICKEL | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Fatime Meka Cano, Assistant United States Attorney), and defendant William Mickel (by David Nufrio, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including April 18, 2023, and the defendant being aware he has a right to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel requires adequate time to review the discovery generated by the investigation in this case;

(2) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of time for effective preparation in this matter;

(3) Plea negotiations are ongoing, which would render any subsequent trial

of this matter unnecessary and thereby conserve judicial resources;

(4) The defendant has consented to the aforementioned continuance; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this _____ of May 2023; ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including July 13, 2023;

IT IS FURTHER ORDERED that the period from the date this Order is signed through and including July 13, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge

5/4/23

Form and entry consented to:

s/ *Fatime Meka Cano*
Fatime Meka Cano
Assistant United States Attorney

_____
David Nufrio, Esq.
Counsel for Defendant