

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*Fatime Meka Cano*                  *970 Broad Street, 7th floor*        *973-645-3883*
*Assistant United States Attorney*       *Newark, New Jersey 07102*

July 28, 2025

**Via ECF**
The Honorable Georgette Castner
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re:     United States v. William Mickel; 23-CR-355

Dear Judge Castner:

      The United States submits this letter respectfully requesting a brief adjournment of the sentencing hearing presently scheduled for **August 7, 2025,** to a date in early September. The Government needs additional time to ensure all victims are properly identified and notified. Defense counsel has consented to same.

      Thank you for your consideration.

                                              Respectfully submitted,

                                              ALINA HABBA
                                              Acting United States Attorney

                                  By: *Fatime Meka Cano*
                                              _____
                                              Fatime Meka Cano
                                              Assistant U.S. Attorney

cc:   David Nufrio, Esq.
      Daniel Carney, U.S. Probation Officer